**VAN–160** Notice Rescheduling Confirmation Hearing – Rev. 08/05/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Kari Donovan  
 *( debtor has no known aliases )*  
106 Preston Ridge Ct  
Cary, NC 27513  

CASE NO.: 24–01794–5–DMW  

DATE FILED: May 29, 2024  

CHAPTER: 13  

## NOTICE RESCHEDULING CONFIRMATION HEARING

NOTICE IS HEREBY GIVEN that the hearing on confirmation of the plan for Kari Donovan is rescheduled to take place on:

DATE:     Wednesday, August 14, 2024  
TIME:     10:30 AM  
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601  

DATED: July 19, 2024

                                                Stephanie J. Butler  
                                                Clerk of Court