**EXHIBIT D**



**Kari Baxter Donovan**
@Saorsa1776

I, too, face a crazy #SLAPP lawsuit- so I am in the cool kid's club. My political speech and First Amendment rights are so powerful that people are spending GOOD time and money to try to get me shut down- YET.. here I am. STILL talking..

I am doing it ProSe. Someday, I will tell the whole crazy story of what is happening here- but for now- I want to say that my rights are so valuable to me that I continue to use them as I see fit- and I am not at all worried about the outcome of the lawsuit.

It is just harassment- and I am not willing to be harassed - so they are sort of wasting their time.

Yawn..

