

EXHIBIT E

EXHIBIT F



EXHIBIT G



EXHIBIT H



EXHIBIT I



EXHIBIT J



**Kari Donovan** ✓
@Saorsa1776

With all of these stories about lawfare enticing greedy people to file frivilious lawsuits - it's important to understand it is the lawyers who benefit. They always win. The Plaintiff is just a source of cash.

9:52 AM · Jun 1, 2024 · **70** Views

EXHIBIT K



EXHIBIT L



Kari Donovan
@Saorsa1776

About Bankruptcy and Lawfare.. in the case of Alex Jones- it did not wipe out his judgment. It greatly reduced it- but not to the point he could pay it back and get it behind him.

Judge OKs Alex Jones' deal to sell his game ranch for $2.8M to pay lawyers, Sandy Hook...

From nhregister.com

7:25 AM · Jun 2, 2024 · **148** Views

EXHIBIT M

← Post

 Momz of Wake County
@ReopenWcpss

Almost $100,000.

Where did it go?

How did she spend $100,000 hopeful, desperate people donated to the 501C3s that were DENIED nonprofit status?

Ed First Alliance
Pen & Shield
Unity Commons

## con artist noun

variants *or* **con man** *or* US **confidence man**

: a person who tricks other people in order to get their money

> The couple lost their savings to a *con artist* who told them he was an investment broker.

Momz of Wake County @ReopenWcpss · May 29
Ed First  $27,179
Pen & Shield $65,000

501C3 DENIED

...
Show more

EXHIBIT N

 **Momz of Wake County** @ReopenWcpss · Jun 10

The @splcenter spreads more misinformation.

@EdFirstNC is defunct. Doors closed. Shuttered.

Southern Pov and Ed First= fraud non profits



**EXHIBIT O**



**Momz of Wake County** @ReopenWcpss · Jun 4

Hey @ebennett74 you sure you want your reputation at stake with this charade?

What about you @AEIeducation @maxeden99 ?

Warfare Project disclaimed Sloan.

Did she lie and tell you she has a Harvard degree?

125

EXHIBIT P

♡ 4     ↻ 1     ♡ 9     📊 206

 **Momz of Wake County** @ReopenWcpss · Jun 2

No but in NC we asked about fraud.

Did you vet everyone?



📊 50