

EXHIBIT E

**EXHIBIT F**



EXHIBIT G



Kari Donovan
@Saorsa1776

If you file frivilious lawsuits and harass people in the courts... and end up paying a lot of money to do that.. only to recover- nothing... it's your own fault. Swim with sharks n'at...

1:11 PM · Jun 1, 2024 · 75 Views

EXHIBIT H



EXHIBIT I



EXHIBIT J



**Kari Donovan** ✓
@Saorsa1776

With all of these stories about lawfare enticing greedy people to file frivilious lawsuits - it's important to understand it is the lawyers who benefit. They always win. The Plaintiff is just a source of cash.

9:52 AM · Jun 1, 2024 · **70** Views

EXHIBIT K



EXHIBIT L



# EXHIBIT M

← Post

**Momz of Wake County**
@ReopenWcpss

Almost $100,000.

Where did it go?

How did she spend $100,000 hopeful, desperate people donated to the 501C3s that were DENIED nonprofit status?

Ed First Alliance
Pen & Shield
Unity Commons



# con artist noun

**variants** *or* **con man** *or* US **confidence man**

: a person who tricks other people in order to get their money

> The couple lost their savings to a *con artist* who told them he was an investment broker.

---

**Momz of Wake County** @ReopenWcpss · May 29
Ed First  $27,179
Pen & Shield $65,000

501C3 DENIED

...
Show more

EXHIBIT N

 **Momz of Wake County** @ReopenWcpss · Jun 10
The @splcenter spreads more misinformation.

@EdFirstNC is defunct. Doors closed. Shuttered.

Southern Pov and Ed First= fraud non profits



**EXHIBIT O**



**Momz of Wake County** @ReopenWcpss · Jun 4

Hey @ebennett74 you sure you want your reputation at stake with this charade?

What about you @AEIeducation @maxeden99 ?

Warfare Project disclaimed Sloan.

Did she lie and tell you she has a Harvard degree?

125

EXHIBIT P

♡ 4     ⇄ 1     ♡ 9     📊 206



**Momz of Wake County** @ReopenWcpss · Jun 2

No but in NC we asked about fraud.

Did you vet everyone?



Announcing New Barre Teacher Certification

📊 50