**EXHIBIT Q**



**EXHIBIT R**



Kari Baxter Donovan ✓
@Saorsa1776

lol.. money can't buy happiness, but it can buy me a boat..

youtube.com/watch?v=mQPjKS...

3:34 PM · Mar 25, 2021

**EXHIBIT S**



**Kari Baxter Donovan** @Saorsa1776 · May 17, 2021
Replying to @Saorsa1776
This will be my new weekend home soon.. Can sail **boats** join Trump **Boat** parades?



2          1

**EXHIBIT T**



**Kari Baxter Donovan** ✓
@Saorsa1776

Oh you are talking about her. Well I made enough on my writing in one year to buy a yacht and restore it- and have money left over. And that will be my office for more writing gigs #OBX. AND I get to be a normal American and be happy with lots of Alpha men around. So, I'm good.

9:18 AM · Nov 14, 2021

**EXHIBIT U**

← Post

 **Kari Baxter Donovan** ✓
@Saorsa1776

Because places like Media Matters freaked out so much over my article- that President Trump retweeted- I made enough money to buy a Yacht!

That is a true story thanks Media Matters! I made more money off that one article than some people make in year!

mediamatters.org/qanon-conspira...

2:14 PM · Oct 10, 2022

💬   🔁   ♡ 1   🔖 1   ⬆