**EXHIBIT V**

 **Kari Baxter Donovan** ✔ @Saorsa1776 · Dec 31, 2020   •••
#NYE #NYE2021

No way am I going to let 2020 kick my butt.. I just had an awesome night with my kids at the **Country Club**.. got Hopin John and corn bread all done for midnight..
Come at me #2021 youtu.be/4T5gjliLRCg

💬 1          ⟲          ♡ 2          �ılıl          🔖 ⬆

**EXHIBIT W**



← **Post**

**Kari Baxter Donovan** ✔
@Saorsa1776                                                      ...

I just want to say that I like my Country Club..Actually two Country Clubs, oh wait.. no.. three Country Clubs.. and Trump is like a Country club builder..so.. um.. lets not dump the country club kids y'all. Country Clubs are not bad.

> **Amy Kremer** ✔ @AmyKremer · May 5, 2021
> We don't need Country Club Republicans
>
> We need #AmericaFirst Republicans

2:10 AM · May 6, 2021

**EXHIBIT X**

 **Kari Baxter Donovan** ✔
@Saorsa1776                                              ...

FWIW– I am a "Country Club  Republican".  I belong to three Country clubs. Summer Homes, Sailing, Swiming.. yadda yada..
#MAGA is for us too. Working class values are in Country Clubs.  So check yourselves...stop talking smackie about us. :) Luv ya.



4:09 PM · May 23, 2021

💬 1                ⟲ 1                ♡ 3                🔖                ⬆

**EXHIBIT Y**

 **Kari Baxter Donovan** ✔ @Saorsa1776 · Sep 30, 2021                    ⋯
**#WarRoomPandemic**  I am a **Country Club** Republican– I think there is a
misunderstanding that the **Country Club** Republicans are Populists too–
don't discount us.

:)  We like jobs, and freedom and we homeschool to get out of the system.

We just happen to like golf and swimming too.

⬜      ↻ 1      ♡ 4      �ⅈⅉ      🔖 ↥

**EXHIBIT Z**



💬 2          🔁          ♡          ᴫ          🔖 ↥

**Kari Baxter Donovan** ✔
@Saorsa1776                                                            ⋯

I also made enough on writing to just take my daughter, after a summer at the Country club pool- to Disney for a full week and say 'YES' to everything she wanted. And we stayed at super nice places.  So.. umm.. Jennifer Rubin's lifestyle isnt amazing to me.

9:22 AM · Nov 14, 2021

💬          🔁          ♡          🔖          ↥

**EXHIBIT AA**



**Kari Baxter Donovan** ✔ @Saorsa1776 · Jan 1, 2022    ···
Prestonwood **Country Club** early dinner was so nice. Club looked pretty.
#HAPPYNEWYEAR2022



💬 1          🔁          ♡ 4          ⅱⅼ          🔖 ⬆

**EXHIBIT BB**



**Kari Baxter Donovan** ✓  @Saorsa1776 · Jun 2, 2023                    •••
Replying to **@markoj1957**
Ok- our **country club** pool is finally open, so there is swimming and being at the pool.. and I also have sailing this weekend.. so I have to sign off.. Hope you have a super weekend!

💬 1                    🔁                    ♡ 1                    ᴵᵢᵢ 31                    🔖 ↥