**VAN–088** Notice re: Financial Management Certification – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

| | |
|---|---|
| IN RE:<br>Kari Donovan<br>106 Preston Ridge Ct<br>Cary, NC 27513 | CASE NO.: 24–01794–5–DMW<br><br>DATE FILED: 5/29/24<br><br>CHAPTER: 13 |

### NOTICE

You must file a certification that you completed an instructional course concerning personal financial management as described in Section 111 of the Bankruptcy Code at least 30 days before the last payment is due or before filing a motion for hardship discharge. Failure to file this certification may result in the closing of your case without entry of the discharge. No further notice will be given.

DATED: 8/12/24

                                              Stephanie J. Butler
                                              Clerk of Court